# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135329(25)

KELLEY DENK,
        Plaintiff-Appellee,

v

JEFFREY C. MARDEROSIAN, D.D.S., and
PROFESSIONAL ENDODONTICS, P.C.,
        Defendants-Appellants.

SC: 135329
COA: 276746
Macomb CC: 04-004281-NH

_____/

On order of the Court, the motion for reconsideration of this Court's February 19, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

Clerk

d0421